| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | TODD A. PICKLES |
|   | LEE S. BICKLEY |
| 3 | Assistant United States Attorneys |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA  95814 |
|   | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00329 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| KORY SCHMIDLI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kory Schmidli, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 5, 2013.

2. By this stipulation, defendant now moves to continue the status conference until September 23, 2013 at 9:30 a.m. and to exclude time between August 5, 2013 and September 23, 2013 under Local Code T4.  The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000 pages of discovery.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

Stipulation for Continuance of Status Hearing and for
Exclusion of Time

1

b. Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions, to prepare pretrial motions and otherwise prepare for trial.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The United States does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 5, 2013 to September 23, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///

Stipulation for Continuance of Status Hearing and for Exclusion of Time  2

IT IS SO STIPULATED.

DATED: August 1, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lee S. Bickley*
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: August 1, 2013

*/s/ Lee S. Bickley for*
MARK AXUP, ESQ.

For defendant KORY SCHMIDLI

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: August 1, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE