MARK S. AXUP (SBN 112876)
**LAW OFFICES OF MARK S. AXUP**
Attorneys at Law
1012 19th Street
Sacramento, California 95811

Telephone No. (916) 442-4224

Attorney for Defendant Kory Schmidli

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>KORY SCHMIDLI,<br>　　　　　Defendant. | CASE NO. **CRS-12-329-WBS**<br><br>**STIPULATION AND ORDER**<br><br>Date: October 21, 2013<br>Time: 9:30 a.m.<br>Hon. William B. Shubb |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 21, 2013.

2. By this stipulation, defendant now moves to continue the status conference until October 28, 2013 at 9:30 a.m., and to exclude time between October 21, 2013, and October 28, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form in excess of 3,000 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter and to discuss proposed plea agreement. The partie anticipate entering into at the next court appearance.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel believes that the his client will be ready to enter a plea at the time of the next appearance.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2013 to October 28, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), and Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

DATED: October 18, 2013    /s/ Mark S. Axup for
MARK AXUP, ESQ.
Attny. for Kory Schmidli

DATED: October 18, 2013    BENJAMIN WAGNER
United States Attorney
By: /s/ Mark S. Axup for
Lee Bickley
Assistant U.S. Attorney

## ORDER

   **IT IS SO FOUND AND ORDERED.**

**DATED: October 21, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE